ANTHONY SOLARZ, Respondent, *v.* THE MANHATTAN RAILWAY Co. Appellant.

APPEAL from a judgment entered on the verdict of a jury, and from an order denying defendant's motion for a new trial.
For opinion of trial judge, see 8 Misc. Rep. 656.

*Davies, Short & Townsend* (*Edward W. Thomas*, of counsel), for appellant.

*John L. Brower*, for respondent.

*Per Curiam.*   The judgment and order are affirmed, with costs, on the opinion filed by McADAM, J., the learned trial judge, upon the denial of the motion for a new trial.

Present: FREEDMAN and GILDERSLEEVE, JJ.
Judgment and order affirmed, with costs.